People ex rel. Barta v Molina (2023 NY Slip Op 05409)

People ex rel. Barta v Molina

2023 NY Slip Op 05409

Decided on October 25, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 25, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
JOSEPH J. MALTESE
WILLIAM G. FORD
CARL J. LANDICINO, JJ.

2023-09535

[*1]The People of the State of New York
 ex rel. Peter A. Barta, on Behalf of Shyheid Gibson, petitioner,
v Louis A. Molina, etc., respondent.

Queens Defenders, Forest Hills, NY (Peter A. Barta pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, Edan Benmelech, and Barbara Irala of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus, inter alia, in the nature of an application for the immediate release of Shyheid Gibson upon Queens County Indictment No. 72899/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
In light of Shyheid Gibson's release on October 19, 2023, the petition has been rendered academic to the extent that it seeks his immediate release (see Matter of Hearst Corp. v Clyne , 50 NY2d 707, 713-714). Contrary to the petitioner's contention, the exception to the mootness doctrine does not apply in this proceeding (see id. at 714-715).
Moreover, the petitioner failed to establish entitlement to any other relief sought.
BRATHWAITE NELSON, J.P., MALTESE, FORD and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court